# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MICHAEL ANTHONY EPSTEIN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-107 |
| | * | |
| v. | * | |
| | * | |
| GREGORY DOZIER; BREANNA | * | |
| HOLLOWAY; WARDEN OF GEORGIA | * | |
| CLASSIFICATION PRISON; WARDEN | * | |
| HILTON HALL; COUNSELOR DUTCH OF | * | |
| GEORGIA CLASSIFICATION PRISON; and | * | |
| GEORGIA DEPARTMENT OF | * | |
| CORRECTIONS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 6, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 11 day of May, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)